## UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States Of America<br><br>v.<br><br>Josephine Barlow Bistline,<br>a.k.a. Jomie B | Case No.: 23-4056 MJ CDB<br><br>**CRIMINAL COMPLAINT**<br><br>*FILED UNDER SEAL* |

I, the undersigned complainant, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### Count 1

On or about March 24, 2023, in the District of Arizona and elsewhere, the defendant, JOSEPHINE BARLOW BISTLINE, a.k.a. JOMIE B, did knowingly and willfully transmit in interstate and foreign commerce a threat to injure the person of another: to wit, the defendant sent an electronic mail communication threatening to injure and harm C.B.

In violation of Title 18, United States Code, Section 875(c).

### Count 2

Beginning on or about December 16, 2022 and continuing until on or about March 24, 2023, in the District of Arizona and elsewhere, the defendant, JOSEPHINE BARLOW BISTLINE, a.k.a. JOMIE B, with the intent to injure, harass, and intimidate another person, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, to engage in a course of conduct that caused, attempted to cause, and would reasonably have been expected to cause substantial emotional distress to C.B. and L.B., and placed C.B. and L.B. in reasonable fear of serious bodily injury.

In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

I further state that I am a Special Agent from the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein.**

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

AUTHORIZED BY: Dimitra Sampson and Jillian Besancon, AUSAs   *Jillian Besancon*  Digitally signed by JILLIAN BESANCON Date: 2023.03.24 20:52:26 -07'00'

_X_  Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct.

Dawn A. Martin, Special Agent, FBI
Name of Complainant

DAWN MARTIN  Digitally signed by DAWN MARTIN Date: 2023.03.24 21:04:30 -07'00'
Signature of Complainant

Sworn to before me and subscribed telephonically

_____  at  Flagstaff, Arizona
Date                                City and State

HONORABLE CAMILLE D. BIBLES
United States Magistrate Judge
Name & Title of Judicial Officer

Camille D Bibles  Digitally signed by Camille D Bibles Date: 2023.03.24 21:45:42 -07'00'
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF PROBABLE CAUSE

Your affiant, Dawn A Martin, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, deposes and states as follows:

## INTRODUCTION AND INVESTIGATION BACKGRUOND

1. The United States is investigating Samuel Rappylee Bateman (Bateman) and others for offenses including the transportation of minors in interstate commerce to engage in criminal sexual activity, and travel in interstate commerce to engage in illicit sexual conduct with minors, beginning in May 2020. Bateman has not been charged for these offenses.

2. On December 14, 2022, a District of Arizona grand jury returned a superseding indictment against Bateman and three others in CR-22-08092-PCT-DGC (ESW). The indictment charges that Bateman committed obstruction of justice on or about August 28, 2022 by: destroying or aiding and abetting the destruction of records in an official proceeding, or attempting to do so, in violation of 18 U.S.C. §§ 1512(c)(1) and 2; tampering with an official proceeding, or attempting to do so, in violation of 18 U.S.C. § 1512(c)(2); and destroying records, or aiding and abetting their destruction, in a federal investigation, in violation of 18 U.S.C. §§ 1519 and 2. The indictment further charges Bateman and Naomi Bistline (N. Bistline), Donnae Barlow (D. Barlow), and Moretta Rose Johnson (Johnson) with other offenses committed on or about November 27, 2022 through December 1, 2022: tampering, or aiding and abetting tampering, with an official proceeding, in violation of 18 U.S.C. §§ 1512(c)(2) and (2); conspiring to tamper with an official proceeding, in violation of 18 U.S.C. § 1512(k); kidnapping, or aiding and abetting kidnapping, in violation of 18 U.S.C. §§ 1201(a)(1), (b), and (2); and conspiracy to kidnap, in violation of 18 U.S.C. §§ 1201(a)(1), (b), and (c).

3. Most recently, the investigation has resulted in probable cause to believe that Josephine Barlow Bistline (J. Bistline), a.k.a. "Jomie B," sent an electronic mail communication threatening to injure C.B., on or about March 24, 2023, in violation of 18 U.S.C. § 875(c), and committed cyberstalking against C.B. and L.B., beginning on or about December 16, 2022 and continuing until on or about March 24, 2023, in violation of 18 U.S.C. §§ 2261A(2) and 2261(b).

## AGENT BACKGROUND

4. I, Dawn A. Martin, have been employed as a Special Agent of the Federal Bureau of Investigation (FBI) since April of 2004, and am currently assigned to the Phoenix Field Office, Flagstaff Resident Agency. I am assigned to conduct investigations pursuant to the FBI's Crimes Against Children and Human Trafficking Initiative. I have received basic and on-the-job training in the investigation of cases involving the sexual exploitation of children. The statements contained in this Affidavit are based on my experience and background as a Special Agent and on information provided by other law enforcement agents. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

5. Because this Affidavit is being submitted for the limited purpose of demonstrating probable cause for an arrest warrant, I have not included each and every fact known to me or the FBI concerning this investigation. I have set forth only those facts that I believe are necessary to establish probable cause that Josephine Barlow Bistline committed violations of 18 U.S.C. § 875(c), interstate communication with threat to injure, and 18 U.S.C. §§ 2261A(2) and 2261(b), cyberstalking.

## PROBABLE CAUSE

### Details of the Investigation

6. The Fundamentalist Church of Jesus Christ of Latter-Day Saints (FLDS) is a subset of the fundamentalist Mormon denominations whose members practice polygamy. The FLDS Church traces its origins to the 1950s in the Short Creek community (now the twin cities of Hildale, Utah and Colorado City, Arizona).

7. Samuel Rappylee Bateman (Bateman), born in 1976, is a self-proclaimed Prophet of the FLDS church. Bateman has approximately 50 followers and over 20 wives, nine of whom are minors currently between the ages of 12 and 16. Bateman allegedly has "impressions of Heavenly Father's will" to encourage his followers, including the minor children, to engage in sexual acts and relies on that submission to do his own will.

8. J. Bistline is believed to be one of Bateman's adult wives. Her minor daughters, Jane Doe #8 (JD#8), born in 2011, and Jane Doe # 9 (JD#9), born in 2009, have also been acquired or taken as wives by Bateman.

9. On September 6, 2022, Bateman was indicted on one count of destruction of records in an official proceeding, one count of tampering with an official proceeding, and one count of destruction of records in a federal investigation in the first indictment in CR-22-08092-PCT-DGC (ESW).

10. On September 13, 2022, Bateman was arrested in Colorado City, Arizona on a federal arrest warrant. Additionally, three search warrants were served at locations known as the "green house," the "blue house" and a warehouse. Bateman is currently in federal custody at Core Civic/CAFCC (Central Arizona Florence Correctional Complex) in Florence, Arizona.

11. On September 14, 2022, nine minor females were taken into Arizona Department of Child Services (AZ DCS) temporary custody, including J. Bistline's daughters JD#8 and JD#9. AZ DCS obtained permanent legal custody of the nine minor females in Mojave County, Arizona, in December 2022.

12. On November 27, 2022, eight of the nine minor females—including JD#8 and JD#9—escaped from the DCS group homes where they were staying in coordination with Bateman and some of his wives. On December 1, 2022, all eight of the missing girls were found in Spokane, Washington, in a vehicle driven by defendant Johnson, who was arrested. The eight minor females were all returned to AZ DCS custody.

13. On December 14, 2022, the grand jury returned a superseding indictment charging Bateman and his three of his wives, N. Bistline, D. Barlow, and Johnson, with tampering with an official proceeding; conspiracy to tamper with an official proceeding; kidnapping; and conspiracy to kidnap, related to the disappearance of the minor females from AZ DCS custody. The kidnapping charges pertain to JD#8, JD#9, and one other minor female. N. Bistline, D. Barlow, and Johnson are currently in federal custody at Core Civic/CAFCC (Central Arizona Florence Correctional Complex) in Florence, Arizona.

14. AZ DCS has not informed the minor females' parents of their placement locations. On February 19, 2023, while JD#8 and JD#9 were in AZ DCS custody, J. Bistline went to an AZ DCS placement stating she was there to give a gift and see a minor female. J. Bistline falsely stated that AZ DCS gave her the

address and permission.  J. Bistline stated she knows where all the minor females are located.  J. Bistline was told to leave the location.

15.   J. Bistline has also communicated to AZ DCS personnel via electronic mail communications using the email address jomibee@gmail.com and name "Jomie B."  According to AZ DCS Case Manager C.B., J. Bistline provided the email address jomibee@gmail.com as her primary email contact for AZ DCS on or before November 14, 2022.

16.   J. Bistline has sent the following electronic mail communications, among others, to AZ DCS Case Manager C.B. or AZ DCS Case Worker L.B. using the jomibee@gmail.com email address.[1]  J. Bistline's physical location when each of these emails were sent is unknown, but it is believed that she was in Arizona during at least some of the times these communications were sent.

17.   On December 16, 2022, J. Bistline sent an email to L.B. with the subject line "Hi!"  The email stated:

> Hey. The Foster Mother of [JD#8] said she wanted to be able to email me for some recipes? And also, photos of the the fam. Not sure how to go about it.....
>
> [L.], I am so grateful for you, and I pray you will have the best life has to offer, for anyone who touches the 'unclean thing', aka: trying to down one God is using to do His work, will be annilated. Just so you are aware.
>
> This is a promise- watch!
>
> I cannot send photos via email to dcs, as the dcs have been dishonest about where the info. went. I still have not received the photo they took 'special' for the mothers, yet I am quite sure the attorney general's office has it, possibly the news. Phenomenal.  And then you expect us to trust we can send some to the girls through dcs,  and they will get them? Amazing....
>
> dcs is doing wrong and they damn well know it. To take them in the first place was something God required of us. Just so CB, and every other amazing ego chaser, looking for the 'honor' of men, will soon find out, God did this to raise Samuel Rappylee Bateman up in the eyes of all nations, and WHEN He gets to the top, God will turn the tables, from 'bad' to good, and there will be no holes for dcs and this Wicked FUCKING government to hide in. WATCH!

---

[1] The email quotations herein retain the original spelling and punctuation used by J. Bistline.

18. On December 19, 2022, J. Bistline sent an email to L.B. with the subject line "For [L.] and dcs." The email stated:

> Hi! I am sending these notes to God's beautiful, innocent, clean girls, KNOWING you will send them on to them. I want you to know dcs staff, that I have forgiven you, and if you continue to separate the innocent and pure, God will remove you out of your "place". You have no power, CB, RW, and others, and are only allowed by our Loving Heavenly Father, to prove yourself, that you are for protecting the innocent, or persecuting the innocent. God will only let you go so far, for " your bounds are set, and you cannot pass", and He has given me a knowledge that your days are over, unless you repent.  You know Samuel Rappylee Bateman is an innocent and pure man, and if you understood who you were trying to 'put down', you would see, that you have been siding with Judas Iscariot, and Haman of old, and VERY SOON, they will hang themselves, on their own gallows. You will be among them, unless you repent, and confess you have done the wrong dam thing, and fix it. I know you can, and with God's help, I believe you will.

19. On March 17, 2023, J. Bistline sent an email L.B. with the subject line "Re:Reminder." The email stated:

> [C.B.], I just want to remind you that I contacted you on Feb. 27, letting you know your time is up. We're done. I demanded that [JD#8] be returned by that weekend, and I ment it.
>
> Just so you are aware, for every DAY the girls remain "out in the world", as of Feb. 27, I personally will make sure YOU are behind bars for a year. MARK IT. The girls are home. END OF STORY.
>
> No more of your messing around with innocent children lives, for the sake of money. THAT IS CHILD TRAFFICKING,   and I will prove it. In court. We are targeting individuals, as dcs is just a money marketing scheme, not an agency.
>
> [AZ DCS Case Worker H.P.] better watch her back.
>
> The children WILL be returned. Now.
>
> And that. Is a PROMISE.
>
> Sending Love and Gratitude your way, for what we send out, will return to us 10 fold, and I only want to forgive, to encourage and to bless. We will do what God requires, and I KNOW He wants us with our girls, and He wants wickedness put down- and that is my only goal. You have been warned. Repent and fix it, or you WILL pay a very dear price.

> Samuel Rappylee Bateman, God's Servant here on earth, will be held up in the eyes of ALL Nations, and every single individual who 'puts forth their puny arm' to stop it will be put down.
>
> I have a few questions for you- Why do you hate children so bad? And What makes you think money and things will make you happy? Is it worth destroying the souls God sends to earth, breaking up families, and marring the lives of the innocent, for personal aggrandisment? Sounds shitty, really.
>
> Also, [C.B.]- tell me honestly- tell me how old YOU were, when you chose- willingly- to have sexual relationships with ANY RANDOM dipshit off the school bus, and had to hide it because of your absolute shame. Jealousy and wickedness are not a good reasons to hurt people.

20. On March 22, 2023, J. Bistline sent an email to C.B. with the subject line "FYI." The email stated: "It's been 23 days……. That's a LOOOOOONG time…."

21. On March 24, 2023, J. Bistline sent an email to C.B. with the subject line "Good Morning!" The email stated:

> Hi, [C.]. Just sending out love notes today, and I'm sending a double portion to you. I know your life has been tough, and it's amazing. In everything, every experience we're given, my only comfort is that God has allowed it. He is our Father, and He Loves us! He Loves You. And He gives us tests every day, to see wherein our heart lies. Does your heart truly, tenderly reach out for children, in an absolute compassion, and a pure, peaceful, honest interest in their welfare? If it is, God will truly bless you, as it is the burden of my prayers. I Love You [C.]. I will do anything for you, in an honest, legal capacity. God the Giver, and God the Gift, will reward us, each one, in our lives, for what we have done to others, not what "they done" to us.
>
> We hear that ALL that we've sent to you will be sent on to our lawyer. I've seen almost nothing. FYI- my girls are home. And whatever wickedness you have heaped upon them, the motive behind it, be it money, glory, authority, fame- whatever it is, it will come back around and Bite you in the butt!
>
> I am required to forgive. And we have "allotted you your time"- I will give you 3 days. Expect your Ample rewards to come quickly and powerfully, straight from the universe, the Law of Attraction- we call it God. I dare you, to do something right for once on your life, cuz- God WILL bless you for it. I dare you to return the girls, from where you got them- from the GREEN HOUSE- ALL 9!- and perhaps God Himself will forgive you for what you've done. As I said before, I am required to forgive, freely, and I do- and to love you, wholeheartedly. And I do. But God will not allow this to go on.
>
> Because of what you have done, the part you have played in trying to rip apart the family of Samuel Rappylee Bateman, God's Servant, and who is like Him,

pure and innocent, the part you knowingly and wickedly played, for whatever motive- it will cost you, dearly. WATCH!

Money means nothing- greed and power- hungry people end up in the most awful states of misery- and money is Not a sign of abundance. It's only grease- so grease up! Cuz when we're ready, you won't even have pannies to your name. And you, for your deeds, and even more, for your motives, will spend a lot of time- Wishing you would have listened.

**Your prison experience will be behind a ventilator, with help to breathe, to blink, to clean up anything that runs. And, you know, I wouldn't mind helping with that too. Because I love you! But you have gone too far. We are done.**

**3 days. 9 girls. GREEN HOUSE. or, wear the honorary badge of physical assistance, with everything. for a very looong time. 28+, so far...O God, have mercy!**

My heart cries for you- how could you be so wicked? I leave you in God's hands.

Love forever, and I mean FOREVER! It's real! Returned, it feels so good. Hoarded, it a chain around the neck.

God bless you in your mission!

(emphasis added).

22.  On March 24, 2023, J. Bistline sent an email to L.B. with the subject line "More..." The email stated:

We are looking for a keyboard, 2 ukuleles, a dam nice- expensive guitar, and some, also expensive, Irish flutes. They will be returned, to the GREEN house, ASAP. I will give you til next weekend. 03-31-2023. If they are not there, an extra $1,000,000,000 will be added to our per- SUE- ing.

The girls returned- 3 days. Straight from where they were taken from. ALL 9. The rest of their belongings, 03-31-2023.

We're done. You've been warned, PROMISED. And now, rewarded.

God will not allow the wicked of this nation to trample upon His Dear ones, His Servant Samuel Rappylee Bateman, and His precious ones; innocent and pure- for One. More. Day.

Let There Be Indemnity of Samuel Rappylee Bateman, and His people, and the wicked swept off, in ways you know not of. WATCH!

Loving Heavenly Father, Thy will Be Done.

23. On March 24, 2023, J. Bistline sent an email to L.B. with the subject line "Instruments." The email stated:

> Hi, [L.]. I've found a few laws in the books, and You guys are IN TROUBLE! I need the addresses of the residents of my girls TODAY, directly through the dcs, IT IS A LAW. I have the right to know WHERE they live, from you- Where they go to school, again, from you. And I have the right to direct communication to their therapist. Also, any medical OR phsycological evaluation MUST be done through MY consent and approval, which YOU DO NOT HAVE. Any medical care that I have not attended with my girls PERSONALLY, if any medical ANYTHING has been done without MY personal signature, AND my ATTENDANCE will go against [C.B.], the case manager, also the case worker. THAT is child trafficking.IT IS A MONEY CARTELL. Also, I recently found the articles that explain what dcs actually is, by the way- it's not even a government agency, it is funded by the government, but when we sue, we must persue the individual, because it is not an actual government agency. FYI.

24. On March 24, 2023, J. Bistline sent an email to an AZ DCS foster parent with the subject "[JD#9] and [JD#8]." The foster parent forwarded the email to L.B. The email stated:

> Hi, this is the mother of [JD#9] and [JD#8]. I have been "looking into" the dcs, their behavior and requirements. And they have broken the law so many times that they are in BIG TROUBLE. No worries, we're on it. But if there are ANY MORE interrogations by therapists Or Phsycs, or medical people- we will have to drag them into the lawsuit.
>
> God is DONE with the wickedness, and your spirit stinks. MURDER of unborn children is the #1 cause of child abuse in this Nation, and You are guilty of murder. Both of unborn children, and of childrens free spirits. So, You my Friend, will have to answer. MARK IT

25. Based on my training and experience, I understand that Gmail is operated by Google LLC, headquartered in California. According to Google's website, Google does not operate any data centers in Arizona. Electronic mail service providers like Gmail use the internet, an international network of interconnected servers and computers throughout the country and the world, to provide email services, which is an instrumentality of interstate and foreign commerce.

## CONCLUSION

26. Based on the foregoing, your affiant respectfully submits there is probable cause to support that Josephine Barlow Bistline, a.k.a. Jomie B, violated federal law by committing interstate communication with threat to injure, in violation of 18 U.S.C. § 875(c), as well as cyberstalking, in violation of 18 U.S.C. §§ 2261A(2) and 2261(b).

27. This affidavit is being sworn telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and attest that there is sufficient evidence to establish probable cause that the defendant committed the crimes alleged.

28. I respectfully request that an arrest warrant be issued for Josephine Barlow Bistline, a.k.a. Jomie B.

Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to the best of my knowledge and belief.

Respectfully submitted

DAWN MARTIN
Digitally signed by DAWN MARTIN
Date: 2023.03.24 21:05:10 -07'00'

Dawn A Martin
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 24th of March, 2023.

Camille D Bibles
Digitally signed by Camille D Bibles
Date: 2023.03.24 21:45:01 -07'00'

Hon. Camille D. Bibles
United States Magistrate Judge