1  GARY M. RESTAINO
2  United States Attorney
   District of Arizona
3
4  JILLIAN BESANCON
   California State Bar No. 285869
5  LINDSAY L. SHORT
   Arizona State Bar No. 034125
6  Assistant U.S. Attorneys
7  Two Renaissance Square
   40 N. Central Ave., Suite 1800
8  Phoenix, Arizona 85004
9  Telephone: 602-514-7500
   Email: Jillian.Besancon@usdoj.gov
10 Email: Lindsay.Short@usdoj.gov
11 Attorneys for Plaintiff

FILED ____ LODGED
____ RECEIVED ____ COPY

APR 0 4 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**REDACTED FOR
PUBLIC DISCLOSURE**

12              IN THE UNITED STATES DISTRICT COURT

13                 FOR THE DISTRICT OF ARIZONA

14
   United States of America,          No.      CR-23-00517-PHX-DLR (MTM)
15
                    Plaintiff,
16                                              **INDICTMENT**
        vs.
17                                     VIO:     18 U.S.C. § 875(c)
                                                (Interstate Communications
18 Josephine Barlow Bistline,                   Involving a Threat)
   a.k.a. Jomie B,                              Count 1
19
                    Defendant.                  18 U.S.C. §§ 2261A(2) and 2261(b)
20                                              (Cyberstalking)
                                                Count 2
21

22 **THE GRAND JURY CHARGES:**

23                          <u>COUNT 1</u>

24      On or about March 24, 2023, in the District of Arizona and elsewhere, the

25 defendant, JOSEPHINE BARLOW BISTLINE, a.k.a. JOMIE B, did knowingly and

26 willfully transmit in interstate and foreign commerce a threat to injure the person of

27 another: to wit, the defendant sent an electronic mail communication threatening to

28 injure and harm C. B.

1    In violation of Title 18, United States Code, Section 875(c).

2                                    **<u>COUNT 2</u>**

3    Beginning on or about December 16, 2022 and continuing until on or about

4    March 24, 2023, in the District of Arizona and elsewhere, the defendant, JOSEPHINE

5    BARLOW BISTLINE, a.k.a. JOMIE B, with the intent to injure, harass, and intimidate

6    another person, used any interactive computer service and electronic communication

7    service and electronic communication system of interstate commerce, and any other

8    facility of interstate and foreign commerce, to engage in a course of conduct that caused,

9    attempted to cause and would reasonably have been expected to cause substantial

10   emotional distress to C. B. and L. B, and placed C. B. and L. B. in reasonable fear of

11   serious bodily injury.

12   In violation of Title 18, United States Code, Sections 2261A(2) and 2261(b).

13                                   A TRUE BILL

14

15                               _S/_
                                 FOREPERSON OF THE GRAND JURY
16                               Date:  April 4, 2023

17   GARY M. RESTAINO
     United States Attorney
     District of Arizona
18

19

20   _S/_
     JILLIAN BESANCON
     LINDSAY L. SHORT
21   Assistant U.S. Attorneys

22

23

24

25

26

27

28
                                       - 2 -