# EXHIBIT 1

**From:** Jomie B <jomiebee@gmail.com>
**Sent:** Friday, March 24, 2023 6:54 AM
**To:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓@AZDCS.GOV>
**Subject:** Good Morning!

> **CAUTION:** This email originated from outside of DCS. Do not click on links or open attachments unless you recognize the sender and know the content is safe.

Hi, ▓▓▓▓▓▓ Just sending out love notes today, and I'm sending a double portion to you. I know your life has been tough, and it's amazing. In everything, every experience we're given, my only comfort is that God has allowed it. He is our Father, and He Loves us! He Loves You. And He gives us tests every day, to see wherein our heart lies. Does your heart truly, tenderly reach out for children, in an absolute compassion, and a pure, peaceful, honest interest in their welfare? If it is, God will truly bless you, as it is the burden of my prayers. I Love You ▓▓▓▓▓▓ I will do anything for you, in an honest, legal capacity. God the Giver, and God the Gift, will reward us, each one, in our lives, for what we have done to others, not what "they done" to us.

We hear that ALL that we've sent to you will be sent on to our lawyer. I've seen almost nothing. FYI- my girls are home. And whatever wickedness you have heaped upon them, the motive behind it, be it money, glory, authority, fame- whatever it is, it will come back around and Bite you in the butt!

  I am required to forgive. And we have "allotted you your time"- I will give you 3 days. Expect your Ample rewards to come quickly and powerfully, straight from the universe, the Law of Attraction- we call it God.  I dare you, to do something right for once on your life, cuz- God WILL bless you for it. I dare you to return the girls, from where you got them- from the GREEN HOUSE- ALL 9!- and perhaps God Himself will forgive you for what you've done. As I said before, I am required to forgive, freely, and I do- and to love you, wholeheartedly.  And I do. But God will not allow this to go on.

Because of what you have done, the part you have played in trying to rip apart the family of Samuel Rappylee Bateman, God's Servant, and who is like Him,  pure and innocent, the part you knowingly and wickedly played, for whatever motive- it will cost you, dearly. WATCH!

Money means nothing- greed and power- hungry people end up in the most awful states of misery- and money is Not a sign of abundance. It's only grease- so grease up! Cuz when we're ready, you won't even have pannies to your name. And you, for your deeds, and even more, for your motives, will spend a lot of time- Wishing you would have listened.

Your prison experience will be behind a ventilator, with help to breathe, to blink, to clean up anything that runs. And, you know, I wouldn't mind helping with that too. Because I love you! But you have gone too far. We are done.

3 days. 9 girls. GREEN HOUSE. or, wear the honorary badge of physical assistance, with everything. for a very looong time. 28+, so far...O God, have mercy!

My heart cries for you- how could you be so wicked? I leave you in God's hands.
Love forever, and I mean FOREVER! It's real! Returned, it feels so good. Hoarded, it a chain around the neck.

God bless you in your mission!

---

NOTICE: This e-mail (and any attachments) may contain PRIVILEGED OR CONFIDENTIAL information and is intended only for the use of the specific individual(s) to whom it is addressed. It may contain information that is privileged and confidential under state and federal law. This information may be used or disclosed only in accordance with law, and you may be subject to penalties under law for improper use or further disclosure of the information in this e-mail and its attachments. If you have received this e-mail in error, please immediately notify the person named above by reply e-mail, and then delete the original e-mail. Thank you.

J. Bistline Detention Hearing 000012