IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>            Plaintiff,<br><br>vs.<br><br>Josephine Barlow Bistline,<br>a.k.a. Jomie B,<br><br>            Defendant. | No. CR-23-00517-PHX-DGC<br><br>**PROTECTIVE ORDER** |

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the United States' motion, and good cause appearing,

**IT IS HEREBY ORDERED** that the United States' motion for a protective order (Doc. 35) is GRANTED.

**IT IS FURTHER ORDERED** that:

1. From the date of this Order forward, the United States may disclose to defense counsel, without redaction, the discovery materials, which include private and personally identifying information (collectively "PII").

2. Defense counsel may share these materials with members of the defense team, including experts, investigators, and other professionals retained by the defendant or defense counsel to assist in the preparation of the defense.

3. The defense team shall safeguard and shall not disclose the materials provided to it, other than to the extent necessary to prepare the defense.

4. The defense team may review these materials with the defendant and potential witnesses to the extent necessary to prepare the defense.

5. The defendant and potential witnesses shall not be allowed to retain any of these materials during the course of the litigation, but defendant shall be allowed to review discovery at CoreCivic on a laptop under CoreCivic procedures.

6. The defense team shall destroy, at the conclusion of this matter, all of these discovery materials in its possession, except that defense counsel shall be allowed to retain these materials until the time expires for all appeals, collateral attacks, other writs or motions challenging the conviction or sentence, and actions for professional malpractice.

Dated this 3rd day of May, 2023.

_David G. Campbell_
David G. Campbell
Senior United States District Judge