IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>               Plaintiff,<br><br>vs.<br><br>Josephine Barlow Bistline,<br><br>               Defendant. | CR-23-00517-PHX-DGC<br><br>**ORDER RE PRETRIAL<br>SERVICES REPORT** |

Defendant Josephine Bistline has filed a motion for de novo review of her pretrial detention. Doc. 25. The motion is fully briefed and the parties made arguments at the hearing on May 3, 2023. Docs. 34, 36. The Court finds itself impeded in ruling on the motion, however, by the absence of a substantive pretrial services report.

The only report in the docket states that Defendant refused to be interviewed in the absence of her attorney. Doc. 7. As a result, the Court has no information about her employment, financial, health, mental health, or substance abuse histories. *Id* at 2. The Court also lacks information about her familial, residential, community, employment, and financial ties to Arizona. *Id.* In the absence of such information, the Court has difficulty assessing the strength of the parties' respective arguments.

The Court directs the pretrial services officer to attempt another interview of Defendant, with counsel present. If the interview is completed, an updated report should be provided and the Court will rule on Defendant's motion. If Defendant refuses to be interviewed, the Court will rule without a report.

**IT IS ORDERED** that the pretrial services officer shall attempt to conduct an interview of Defendant, with counsel present, and submit a revised report within 30 days of this order.

Dated this 4th day of May, 2023.

*David G. Campbell*

David G. Campbell
Senior United States District Judge