**Mark A. Paige** (020902)
**Paige Law Firm**
PMB#440
2733 N. Power Rd., Suite 102
Mesa, Arizona 85215
602-254-5457 telephone
480-324-8291 facsimile
E-Mail:mpaige@paigelawfirm.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| United States,<br>　　　　　　Plaintiff,<br>v.<br>Josephine Bistline,<br>　　　　　　Defendant. | Case No.: CR-23-517-PHX-DGC<br><br>**DEFENDANT'S MOTION TO CONTINUE TRIAL AND EXTEND PRETRIAL MOTIONS AND ALL OTHER DEADLINES**<br><br>(First Request)<br><br>Defendant is in Custody |

The defendant, Josephine Bistline, by and through counsel respectfully moves the Court for a continuance of the presently set trial date of May 23, 2023 and extension of the deadline for pretrial motions on the following grounds:

1. The defendant is charged by Indictment with Interstate Communications Involving a Threat (18:875(c)) and Cyberstalking (18:2261A(2)). The defendant was indicted on or about April 5, 2023. She was arraigned on April 7, 2023. The initial Complaint (DKT#3) was filed on March 24, 2023 with an initial appearance on March 30, 2023.

2. Undersigned counsel was appointed on or about March 30, 2023.

3. Counsel is in need of additional time to receive, review and discuss discovery with the client and explore the options available.

4. The defendant is in custody.

At the time of this filing, counsel for the Government, Jillian Besancon, has no objection to this request.

The defendant requests a continuance of this matter for sixty (60) days to allow undersigned counsel to be prepared and able to render effective assistance of counsel consistent with the Sixth Amendment guarantee for every defendant.

Excludable delay under 18 U.S.C. § 3161(h)(7) will occur as a result of this motion or of an order based thereon.

RESPECTFULLY SUBMITTED this 5th day of May, 2023.

S/Mark Paige
Mark A. Paige
Attorney for Defendant

I hereby certify that on 5th day of May, 2023 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and sending a copy to the following CM/ECF registrants:

Jillian Besancon
Lindsay Short
Assistant U.S. Attorney

S/Mark Paige
Attorney for Defendant