# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Josephine Barlow Bistline,<br><br>Defendant. | No. CR-23-00517-001-PHX-SMB<br><br>**ORDER** |

Pursuant to Defendant Bistline's motion for an order facilitating inspection of the discovery in this case, and good cause appearing:

**IT IS ORDERED** that the motion is granted.

**IT IS FURTHER ORDERED** that Ms. Bistline shall be allowed access to a laptop computer (and associated power cord), one or more electronic storage drives (and associated USB cord), and legal pads and pens for taking notes regarding said discovery, all for the sole purpose of reviewing the discovery in his case, in order to assist in the defense or to further her own representation. Defense counsel shall insure that no additional data files shall be on said storage drive(s). Defense counsel shall also provide CAFCC with a list of the discovery files which are on the external hard drives.

Appropriate CAFCC personnel are authorized to review the contents of the laptop and drives to ensure compliance. CAFCC shall maintain custody of the laptop, cords, and external drives. CAFCC shall allow Ms. Bistline to access them in a suitable location, which shall allow Ms. Bistline to plug in the laptop during use. Ms. Bistline shall have

access to the laptop, storage drives and notetaking supplies for 6 hours daily, upon her request and at her option for reduced access. CoreCivic may subject Ms. Bistline to its customary level of observation during use of the laptop. Nothing herein shall be construed to require overtime by CoreCivic personnel or interference with normal facility operations. Compensation is authorized for defense counsel's reasonable and customary expenses in complying with this order, upon proper presentation and approval by the Court.

**IT IS FURTHER ORDERED** that Defendant Bistline may take notes while reviewing the discovery as set forth above, but she is prohibited from taking notes or making any other sort of record that includes personally identifying information ("PII") of any person. PII shall include physical and email addresses, telephone numbers, social media profile names, dates of birth, social security numbers, and financial information.

**IT IS FURTHER ORDERED** that Defendant Bistline's access to the discovery in this case in compliance with this order shall be deemed compliant with this Court's protective order at DKT#39 (CR-23-517-PHX-SMB).

Dated this 9th day of June, 2023.

Honorable Susan M. Brnovich
United States District Judge