GARY M. RESTAINO
United States Attorney
District of Arizona
JILLIAN BESANCON
California State Bar No. 285869
Assistant U.S. Attorney
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Jillian.Besancon@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-00517-PHX-SMB |
| Plaintiff, | **UNITED STATES' MOTION TO DISMISS INDICTMENT** |
| vs. | |
| Josephine Barlow Bistline, a.k.a. Jomie B, | |
| Defendant. | |

The United States, through undersigned counsel, respectfully moves the Court pursuant to Federal Rule of Criminal Procedure 48(a) to dismiss without prejudice the Indictment in CR-23-00517-PHX-SMB only. Defendant was charged with the same offenses in the Second Superseding Indictment in CR-22-08092-SMB, and the CR-23-00517-PHX-SMB Indictment is now redundant. Defendant should remain detained in CR-22-08092-SMB. Pro se Defendant, through advisory counsel Mark Andersen, does not oppose dismissal of the Indictment. A proposed form of order is attached.

Respectfully submitted this 10th day of July, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Jillian Besancon*
JILLIAN BESANCON
Assistant U.S. Attorney

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing a copy to the following CM/ECF registrant: Mark Andersen, advisory attorney for *pro se* defendant Josephine Barlow Bistline

*s/Lynne Hughes*
U.S. Attorney's Office